IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY KATHRYN ROTH, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF JACOB WARREN ROTH, DECEASED; AND FRANK RONALD ROTH, INDIVIDUALLY<br><br>Plaintiffs,<br><br>v.<br><br>KIEWIT OFFSHORE SERVICES, LTD; KEPPEL AMFELS, INC. (USA); RAYTHEON COMPANY; AND THE BOEING COMPANY<br><br>Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. _____<br>Rule 9(h) Admiralty |

## INDEX OF DOCUMENTS BEING FILED

Defendant The Boeing Company files the following from the removed state court action as Exhibit 1 to the Notice of Removal in the form and order given in Local Rule 81:

1. All executed process in this case.

    a. Notice of Service of Process

    b. Citation

2. Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings.

    a. Plaintiffs' Original Petition

    b. The Boeing Company's Special Appearance, Motion to Transfer Venue and Original Answer

3. All orders signed by the state judge.

    a. There are no orders signed by the state judge.

4. The docket sheet.

    a. Certified copy of the state court docket sheet

5. An index of matters being filed. (Refer to this Exhibit 1: "Index of Documents Being Filed").

6. A list of all counsel of record, including addresses, telephone numbers and parties represented.

**EXHIBIT (1)**

Case 1:07-cv-00154   Document 1-1   Filed on 10/04/07 in TXSD   Page 2 of 2