1.

**All executed process in this case.**



CORPORATION SERVICE COMPANY®

EXR / ALL
Transmittal Number: 5331030
Date Processed: 09/10/2007

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | SOP Scan - Boeing Co<br>SOP - PowerBrief - Wilmington<br>Sop - Scan<br>Suite 400 2711 Centerville Road<br>Wilmington, DE 19808 |
| Entity: | The Boeing Company<br>Entity ID Number 1901768 |
| Entity Served: | The Boeing Company |
| Title of Action: | Mary Kathryn Roth vs. Kiewit Offshore Services, Ltd. |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Wrongful Death |
| Court: | Cameron District Court, Texas |
| Case Number: | 2007-08-4241-E |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 09/10/2007 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Brett Anthony<br>361-687-1000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

Citation for Personal Service - NON-RESIDENT NOTICE   Lit. Seq. # 5.005.01



No. 2007-08-004241-E

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: THE BOEING COMPANY
SERVE ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
701 BRAZOS STREET, STE. 1050.
AUSTIN, TEXAS 78701.

TEXAS CIVIL PROCESS, INC.
Came to Hand 9-6-07 @ 4 pm
Delivered this 10 Day Sept 2007
P.O. Box 3785
Corpus Christi, Tx. 78463-3785   12:53 pm
By An R Pina SCI527
Process Server

the    DEFENDANT   , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS' ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 357th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said    PETITION    was filed on AUGUST 27, 2007 . A copy of same accompanies this citation.

The file number of said suit being No. 2007-08-004241-E.

The style of the case is:

MARY KATHRYN ROTH, ET AL
VS.
KIEWIT OFFSHORE SERVICES, ET AL

Said petition was filed in said court by    BRETT ANTHONY
(Attorney for    PLAINTIFF   ), whose address is
500 NORTH WATER ST., SUITE 1010 CORPUS CHRISTI, TX    78471   .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 29th day of AUGUST , A.D. 2007.



AURORA DE LA GARZA   , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: _____ , Deputy

RETURN OF OFFICER

Came to hand the 6th day of Sept., 2007, at 4:00 o'clock P.M., and executed (not executed) on the _____ day of _____, _____, by delivering to _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____.

Cause of failure to execute this citation is: _____

FEES serving 1 copy
Total....... $_____
Fees paid by:_____

~~Sheriff/constable~~ _____ County,
By  Jor R Piny SC1527 ~~Deputy~~
9/10/07    12:53pm